# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00105-CV

**In re J. E. Dunn Construction Company**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relator J.E. Dunn Construction Company filed a petition for writ of mandamus and an emergency motion for temporary relief.[1]  We grant the emergency motion and temporarily stay the trial court's February 16, 2018 order in the underlying case, pending further order of this Court.[2] The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before March 2, 2018.  The real parties in interest may also file a response to the emergency motion for temporary relief by that date if they so desire.

It is so ordered February 20, 2018.

Before Justices Puryear, Pemberton, and Bourland

---

[1] *See* Tex. R. App. P. 52.1, 52.10(a).

[2] *See id.* R. 52.10(b).